1 | Risa S. Christensen, Esq., CA Bar No. 227799
2 | Dennis E. Wagner, Esq., CA Bar No. 99190
  | WAGNER & PELAYES, LLP
3 | 1325 Spruce Street, Suite 200
4 | Riverside, CA 92507
  | Telephone:  (951) 686-4800
5 | Fax:            (951) 686-4801
6 |
7 | Attorneys for Defendants,
  | COUNTY OF ORANGE and
8 | PETAR JOVANOV MITREVSKI, M.D.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DONALD GEARY, an individual, | CASE NO.: |
|---|---|
| Plaintiff, | SACV09-01386 JVS (ANx) |
| vs. | c/w  SACV10-3023 JVS (ANx) |
|  | c/w **SACV11-0241 JVS (ANx)** |
| THE COUNTY OF ORANGE, a governmental entity; THE CITY OF ANAHEIM, a governmental entity; CITY OF ANAHEIM DOE POLICEMEN, individuals; COUNTY OF ORANGE DOE SHERIFF DEPUTIES, individuals; DOWNEY CENTER PARTNERSHIP, a California Limited Partnership, and DOES 1 to 100, inclusive, | **JUDGMENT** |
| Defendants. | |

1

JUDGMENT

| | |
|---|---|
| 1 | Pursuant to the Court's January 6, 2015, Order granting the motion for |
| 2 | summary judgment filed by defendants County of Orange and Dr. Petar J. |
| 3 | Mitrevski, there are no remaining claims pending against them in this action. |
| 4 | IT IS THEREFORE NOW ORDERED, ADJUDGED and DECREED that |
| 5 | judgment is entered in this action as follows: |

1. Plaintiff Donald Geary shall take nothing on his claims against the County of Orange or Dr. Petar Jovanov Mitrevski; and
2. Defendants shall recover their statutory costs pursuant to 28 U.S.C. §1920.

The Clerk is ordered to enter this Judgment.

IT IS SO ORDERED.

DATED:  January 21, 2015

_____
U.S.DISTRICT JUDGE JAMES V. SELNA